No. 86–545. DUNCAN ET AL. v. VILLAGE OF MIDDLEFIELD, OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 86–549. THOMPSON, DBA LIBERTY SUPERMARKET NO. 29 v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 86–552. HUBBARD BROADCASTING, INC. v. METROPOLITAN SPORTS FACILITIES COMMISSION ET AL. C. A. 8th Cir. Certiorari denied.

No. 86–555. INTERNATIONAL FRUIT PRODUCTS CO., INC., ET AL. v. BRYANT ET AL. C. A. 6th Cir. Certiorari denied.

No. 86–557. SCOTT v. GREENBERG, EXECUTRIX OF THE ESTATE OF BARNETT, ET AL. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 86–560. ODUM v. UNITED STATES PATENT AND TRADEMARK OFFICE. C. A. Fed. Cir. Certiorari denied.

No. 86–573. TUN ET UX. v. KAUIKEOLANI CHILDREN'S HOSPITAL ET AL. Sup. Ct. Haw. Certiorari denied.

No. 86–574. CITY OF SCOTTSDALE v. CORRIGAN. Ct. App. Ariz. Certiorari denied.

No. 86–576. SHOEMAKER ET AL. v. HANDEL, EXECUTIVE DIRECTOR OF THE NEW JERSEY RACING COMMISSION, ET AL. C. A. 3d Cir. Certiorari denied.

No. 86–577. CALIFORNIA PACIFIC RESEARCH, INC. v. UNITED STATES POSTAL SERVICE. C. A. 9th Cir. Certiorari denied.

No. 86–579. FEUERER v. ADAMAR OF NEW JERSEY, INC. C. A. 3d Cir. Certiorari denied.

No. 86–580. TUCKER ET AL. v. WHITAKER TRAVEL, LTD., ET AL. C. A. 3d Cir. Certiorari denied.